101 SOUTH SALINA STREET, SUITE 600, P.O. BOX 4967
SYRACUSE, NEW YORK 13221-4967
(315) 474-7571

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DIGNITY PLUS, INC. and
DONALD PENOYER,

                Plaintiffs,

-vs-

VILLAGE OF CENTRAL SQUARE, NEW YORK,
BOARD OF TRUSTEES OF THE VILLAGE OF
CENTRAL SQUARE, NEW YORK ZONING BOARD
OF APPEALS OF THE VILLAGE OF CENTRAL
SQUARE, NEW YORK, MARK A. BOMBARDO,
as Code Enforcement Officer of the Village of
Central Square, New York, MILLARD W. MURPHY,
Individually and as the Mayor of the Village of
Central Square, New York, MICHAEL SPERLING,
ROBERT LORAN, JACK MONICA, TYLER
GERVAISE and DEBI WORLOCK, Individually and
as Members of the Zoning Board of Appeals of the
Village of Central Square, New York,

                Defendants.

**STIPULATIN OF DISCONTINUANCE**

5:11-CV-557 (GTS/ATB)

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 3/6/12

Costello, Cooney & Fearon, PLLC
Attorneys for Plaintiffs

By: _____
    John R. Langey, Esq.

Dated: 4/2/12

MACKENZIE HUGHES LLP
Attorneys for Defendants

By: _____
    Jeffrey D. Brown, Esq.

SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

{M0205417.1}

4/11/12